UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM ROBERT TURNER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 3:13-0788 |
| | ) | JUDGE NIXON |
| | ) | MAGISTRATE JUDGE KNOWLES |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY, PURSUANT TO LR7.01(b)

Comes now the undersigned Assistant United States Attorney, pursuant to LR7.01(b), to request leave of the Court to file Defendant's Surreply to Plaintiff's Reply Brief (Docket Entry No. 19).

Wherefore, Defendant respectfully requests that this Court permit the entry of the attached surreply.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

BY: s/ S. Delk Kennedy
S. DELK KENNEDY, B.P.R. 009799
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

OF COUNSEL:
    Wanda D. Mason
    Attorney, Office of the General Counsel