IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM ROBERT TURNER, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:13-cv-00788 |
| | ) |
| CAROLYN W. COLVIN, | ) Judge Nixon |
| Acting Commissioner of Social Security, | ) Magistrate Judge Knowles |
| Defendant. | ) |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the _8_ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT