# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM ROBERT TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-cv-0788 |
| v. ) | Judge Sharp |
| ) | |
| SOCIAL SECURITY ) | Magistrate Judge Knowles |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff William Robert Turner filed this action to seek review of the Social Security Administration's ("SSA") decision denying his claim for supplemental security income payments under title XVI of the Social Security Act (the "Act"), 42 U.S.C. § 401- 433. Plaintiff filed a Motion for Judgment on the Administrative Record, (Docket No. 15), to which the SSA has responded in opposition, (Docket No. 17). Plaintiff has also filed a Reply (Docket No. 19) and the SSA has filed a surreply, (Docket No. 23).

Magistrate Judge Knowles has issued a Report and Recommendation ("R & R") (Docket No. 25) in which he recommends that Plaintiff's Motion be denied and the decision of the SSA Commissioner be affirmed. Despite being advised that any objection needed to be filed within fourteen days, Plaintiff has filed none.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket No. 25) is ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is DENIED;

(3) The decision of the SSA is AFFIRMED; and

(4) This matter is DISMISSED.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE